**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1545**

---

MARY KENDALL MORRIS; LORENZO TRONI,

Plaintiffs - Appellants,

versus

CITIBANK, N.A.,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-96-1726-A)

---

Submitted: August 28, 1997      Decided: September 10, 1997

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Mary Kendall Morris, Lorenzo Troni, Appellants Pro Se. Kevin Robert Huennekens, MALONEY, BARR & HUENNEKENS, P.C., Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order transferring their civil case to the United States District Court for the Southern District of New York under 28 U.S.C. § 1404 (1994). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. See Gower v. Lehman, 799 F.2d 925, 927 (4th Cir. 1986) (noting that transfers under § 1404 are interlocutory and nonappealable).

We grant Appellants' motion to dismiss because the appeal is interlocutory, deny their motion to compel, as amended, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED